**Jenèe K. Ciccarelli, Esq.**
**(JC/0693)**
**Ciccarelli Law, PC**
**239 New Rd. Bld A, Suite 301**
**Parsippany, New Jersey 07054**
**Phone: 973-737-9060**
**Fax: 973-619-0023**
**jenee@bankruptcy-lawnj.com**

|  |  |
|---|---|
| In Re:<br><br>    Todd S. Cushner<br><br><br>            Debtor(s). | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 23-10109-JKS<br><br>Chapter 13<br><br>**CERTIFICATION OF SERVICES FROM**<br>**January 2, 2023  THRU April 30, 2024** |

I, JENEE CICCARELLI, ESQ., do hereby certify that:

1. I am the attorney representing the debtors in this matter.

2. The following time has been spent on behalf of the debtors in reference to this matter.

3. See attached breakdown of time spent on this matter and detailed description of services. (Attached hereto as Exhibit A.) Please note that paralegal services are billed at a rate of $195.00 per hour and attorney time is billed at an hourly rate of $450.00.

I hereby certify that the foregoing statement is made by me and is true to the best of my knowledge, information and belief. I am aware that if any of the foregoing is willfully false, I am subject to punishment for false swearing.

DATED:    May 9, 2024

/s/Jenee Ciccarelli
**JENEE CICCARELLI, ESQ.**
Attorney for Debtors