# EXHIBIT "A"

**Todd S Cushner, Debtor; Chapter 13**

**Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24**

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| 01/02/23 | Reviewed petition and schedules with client; petition signing | 1.0 | $450.00 | | |
| 01/05/23 | Filed petition; emailed client re: Petition | | | 0.2 | $39.00 |
| * | Emailed client re: Notice of Bankruptcy | | | 0.2 | N/C |
| 01/09/23 | Reviewed Order to Show Cause why case should not be dismissed | | | 0.1 | N/C |
| * | Filed Certificate of Credit Counseling | | | 0.1 | $19.50 |
| * | Reviewed Notice of Appearance for Synchrony Bank | | | 0.1 | N/C |
| 01/11/23 | Prepared Stay letter to the Receiver and notice letter to the Court | 0.4 | $180.00 | | |
| 01/13/23 | Reviewed Notice of Appearance for NewRez | | | 0.1 | N/C |
| 01/19/23 | Reviewed M&T Bank Online Banking Notice; mailed to client | | | 0.1 | N/C |
| 01/20/23 | Received call from Court Appointed Receiver | | | 0.1 | $19.50 |
| 01/23/23 | Reviewed Citi (Best Buy) Acct. Closed Notice | | | 0.1 | N/C |
| 01/24/23 | Reviewed Proof of Claim #1 filed by AES | | | 0.1 | $19.50 |
| * | Reviewed Proof of Claim #2 filed by Garvey | | | 0.1 | $19.50 |
| * | Reviewed Notice of Appearance filed by Garvey | | | 0.1 | N/C |
| 01/26/23 | Reviewed Proof of Claim #3 filed by M&T | | | 0.1 | $19.50 |
| 01/29/23 | Reviewed financial documents; prepared for 341 hearing. | 0.3 | $135.00 | | |
| 01/30/23 | Reviewed Proofs of Claim with Client & Finalized Strategy | 0.5 | $225.00 | | |
| * | Reviewed Proof of Claim #4 filed by JP Morgan | | | 0.1 | $19.50 |
| 01/31/23 | Reviewed Trustee Notice of Reserve for M & T | | | 0.1 | N/C |
| * | Reviewed Trustee Notice of Reserve for Lawrence | | | 0.1 | N/C |

**Todd S Cushner, Debtor; Chapter 13**

**Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24**

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| 02/03/23 | Reviewed Proof of Claim #2 filed by Garvey; included statement of judgment and temporary receiver | | | 0.1 | $19.50 |
| 02/06/23 | Prepared Schedules for Petition | | | 2.0 | $390.00 |
| | * Drafted Chapter 13 Plan | | | 0.5 | $97.50 |
| | * Drafted Adversary Complaint | | | 1.0 | $195.00 |
| 02/08/23 | Prepared amended Plan and schedules; filed same | 2.3 | $1,035.00 | | |
| | * Emailed Client re: Missing Schedules, Plan & Adversary Complaint | | | 0.2 | $39.00 |
| 02/09/23 | Reviewed Proof of Claim #5 filed by Amex | | | 0.1 | $19.50 |
| 02/15/23 | Reviewed Notice of Mortgage Payment Change | | | 0.1 | N/C |
| 02/24/23 | Emailed client re: Missing Documents | | | 0.2 | $39.00 |
| | * Reviewed Shellpoint Mortgage Assist Package and mailed to client | | | 0.1 | $19.50 |
| 03/02/23 | Reviewed Proof of Claim #3 filed by M & T | | | 0.1 | $19.50 |
| 03/03/23 | Reviewed Proof of Claim #7 filed by Verizon | | | 0.1 | $19.50 |
| 03/06/23 | Emailed client re: Request for Pre-341 Docs | | | 0.2 | $39.00 |
| 03/07/23 | Emailed client re: missing documents; 2021 Tax Returns; Uploaded documents to Trustee | | | 0.9 | $175.50 |
| 03/08/23 | Many emails to and from client re tax returns and wife's pay stubs; review of documents received from client; uploaded documents to Trustee | | | 1.7 | $331.50 |
| | * Reviewed Proof of Claim #8 filed by Shellpoint | | | 0.1 | $19.50 |
| | * Worked up case for Confirmation; Negotiated with Trustee | 0.5 | $225.00 | | |
| 03/09/23 | Appearance at Confirmation Hearing | 0.5 | $225.00 | | |
| | * Reviewed and revised Profit & Loss statements | 0.4 | $180.00 | | |
| 03/14/23 | Emailed Trustee re: Request for New 341 Hearing; emailed client re: status | | | 0.4 | $78.00 |

**Todd S Cushner, Debtor; Chapter 13**

**Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24**

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| * | Uploaded P & L to Trustee | | | 0.1 | $19.50 |
| 03/15/23 | Reviewed Proof of Claim #9 filed by Jefferson Capital | | | 0.1 | $19.50 |
| 03/16/23 | Reviewed Notice of Mortgage Payment Change | | | 0.1 | N/C |
| 03/17/23 | Reviewed Proof of Claim #10 and #11 filed by PRA | | | 0.2 | $39.00 |
| 03/19/23 | Reviewed Notice of Failure to file Certification About Financial Course; emailed client re: status | | | 0.2 | N/C |
| 03/20/23 | Uploaded Business Financials to Trustee | | | 0.4 | $78.00 |
| 03/24/23 | Mailed Citi Notice to client | | | 0.1 | N/C |
| 03/29/23 | Emailed Trustee re: Request for 341 Date; emailed client | | | 0.2 | N/C |
| * | Uploaded Bank Statements to Trustee | | | 0.2 | $39.00 |
| 04/03/23 | Drafted follow-up email to Trustee requesting new 341 hearing date; updated client via email | 0.3 | $135.00 | | |
| 04/04/23 | Drafted Motion to Expunge POC #2 filed by Garvey | | | 0.7 | $136.50 |
| 04/06/23 | Emailed client re: 341 Notice; prepared meeting notice | | | 0.4 | $78.00 |
| 04/12/23 | Prepared Confirmation Adjournment Request; uploaded to Trustee | | | 0.2 | N/C |
| 04/18/23 | Reviewed Notice of Mortgage Payment Change for M & T Bank | | | 0.1 | N/C |
| 04/20/23 | Reviewed Shellpoint Insufficient Funds Notice; mailed to client | | | 0.2 | $39.00 |
| 04/26/23 | Emailed Trustee re: creditor appearing at 341 | 0.1 | N/C | | |
| * | Confirmed Confirmation Adjourned & Updated Client | 0.2 | N/C | | |
| 04/27/23 | Analyzed strategy for Adversary and Objections to Proofs of Claims | 0.2 | $90.00 | | |
| 04/28/23 | Reviewed Notice of Post-petition Mortgage Fees | | | 0.1 | $19.50 |
| 05/01/23 | Prepared for 341 with client | 0.4 | $180.00 | | |

**Todd S Cushner, Debtor; Chapter 13**

**Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24**

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| * | Uploaded pay stubs to Trustee; Emailed client re: request for Firm's pay stubs | | | 0.4 | $78.00 |
| * | Revised Motion to Amend Claim and reduce Proof of Claim #4 filed by LCS | 0.3 | $135.00 | | |
| 05/02/23 | Telephoned cliente re: 341 Follow-Up | | | 0.1 | N/C |
| 05/03/23 | Emailed client re: request for current pay stubs for him and wife | | | 0.3 | $58.50 |
| 05/04/23 | Reviewed Trustee's Objection to Plan | | | 0.1 | $19.50 |
| 05/08/23 | Reviewed Proof of Claim #10 and #11 filed by PRA and Proof of Claim #12 filed by IRS | | | 0.3 | $58.50 |
| * | Emailed client re: Certification in Support of Motion to Reclassify Claim #2 filed by Garvey | | | 0.2 | $39.00 |
| * | Reviewed Notice of Appearance filed by Garvey | | | 0.1 | N/C |
| * | Emailed Trustee re: confirmation and revised means test | 0.2 | $90.00 | | |
| * | Reviewed Objection to Plan filed by Garvey | | | 0.1 | $19.50 |
| 05/09/23 | Emailed client re: Household Vehicles | | | 0.2 | $39.00 |
| * | Emailed client re: Revised Certification for Motion to Reclassify Proof of Claim #1 | | | 0.2 | $39.00 |
| * | Reviewed Garvey's Objection to Plan; emailed to client | | | 0.2 | $39.00 |
| 05/15/23 | Reviewed Transfer of Claim from AES to ECMS - Student Loans | | | 0.1 | N/C |
| * | Reviewed IRS Form 13736 re: Response to Inquiry About Missing Tax Return | | | 0.1 | $19.50 |
| 05/17/23 | follow-up to client re: proofs for motion | | | 0.4 | $78.00 |
| * | Reviewed Notice of Mortgage Payment Change | | | 0.1 | N/C |
| 05/19/23 | Emailed client re: request for 2022 Return; Received telephone call from Sharisa Jones; emails to and from client re: 2022 Tax Return | | | 0.6 | N/C |
| * | Prepared and filed Motion to Modify Claims of Lawrence A. Garvey | | | 0.5 | $97.50 |
| * | Worked up Case for Confirmation; negotiated with Trustee | 0.5 | $225.00 | | |

**Todd S Cushner, Debtor; Chapter 13**

**Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24**

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| 05/22/23 | Emailed client re: signed 2022 Tax Return; communicated with IRS; uploaded signed 2022 Tax Return to Trustee | | | 0.5 | $97.50 |
| 05/31/23 | Reviewed Proof of Claim #12 filed by IRS | | | 0.1 | $19.50 |
| 06/12/23 | Confirmed Amended Proof of Claim for IRS was filed and updated client re: status | 0.2 | $90.00 | | |
| * | Revised modified Chapter 13 Plan | 0.6 | $270.00 | | |
| 06/16/23 | Reviewed Notice of Mortgage Payment Change | | | 0.1 | N/C |
| * | Prepared Amended Plan, Schedules I & J; Declaration re: Individual Debtor's Schedules; emailed to client; | | | 0.7 | $136.50 |
| 06/19/23 | Reviewed Certification in Opposition to Motion to Modify Claim#2 filed by Lawrence A. Garvey; emailed to client | | | 0.2 | $39.00 |
| * | Emailed client re: Modified Plan & Amended Schedules I & J; filed; noticed as required | | | 0.5 | $97.50 |
| 06/22/23 | Drafted Email re: Creditor's Request to Adjourn Motion to Modify; emailed status to client | | | 0.4 | $78.00 |
| 06/29/23 | Reviewed Proof of Claim #12 filed by IRS | | | 0.1 | $19.50 |
| 07/06/23 | Corrected Modified plan to include the $1,250.00 step-up & emailed to Mr. Cushner | 0.3 | N/C | | |
| 07/09/23 | Drafted email to Trustee re: Hearing on Garvey's Claim | | | 0.1 | N/C |
| 07/10/23 | Prepared and filed Response to Objection to Motion to Modify Claims of Lawrence A. Garvey | | | 0.3 | $58.50 |
| * | Prepared Status Change Form for withdrawal of Modified Plan; filed Status Change Form; prepared and filed Modified Chapter 13 Plan; served as required | | | 0.8 | N/C |
| 07/17/23 | Appeared at Oral Argument for Debtor's Motion to Reduce Claim #2 filed by Garvey; emails to and from Garvey's office re: resolution | 0.4 | $180.00 | | |
| * | Emailed client re: M & T Past Due Payment | | | 0.2 | $39.00 |
| * | Reviewed Shellpoint Mortgage Assistance Application; mailed to client | | | 0.2 | N/C |
| 07/24/23 | Reviewed Shellpoint Service members Civil Relief Act Notice; mailed to client | | | 0.2 | N/C |
| 07/28/23 | Settlement Conference with Attorney Garvey | 0.5 | $225.00 | | |
| 07/31/23 | Emailed client re: info needed on Household Cars | | | 0.2 | N/C |

**Todd S Cushner, Debtor; Chapter 13**

**Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24**

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| * | Reviewed Discrepancy on Schedules re: Personal Property and Schedule D | 0.3 | $135.00 | | |
| * | Telephone call with client re: settlement negotiations with Garvey and 2004 demand; Emails to and from Garvey re: 2004 & Settlement negotiations | 0.5 | $225.00 | | |
| 08/03/23 | Emailed client re: M&T Post-Petition Payments Due and financial documents | | | 0.2 | $39.00 |
| * | Amended Schedule A/B & SOFA | | | 0.2 | $39.00 |
| 08/15/23 | Detailed response to Mr. Garvey re: Claim negotiations; emails to and from Mr. Garvey re: Claim negotiations | 0.5 | $225.00 | | |
| * | Emailed Attorney Consent Form to M & T | | | 0.2 | $39.00 |
| 08/23/23 | Mailed Shellpoint Missing Documents; emailed client re: letter | | | 0.1 | N/C |
| 08/24/23 | Prepared Adjournment Request for hearing on Motion to Modify Claim; uploaded to Trustee | | | 0.2 | $39.00 |
| 09/17/23 | Reviewed Motion for Relief from Co-Debtor Stay of Juliette Assour Filed by Laura M. Egerman on behalf of NEWREZ | | | 0.1 | $19.50 |
| 09/18/23 | Prepared Status Conference Request | | | 0.2 | $39.00 |
| 09/20/23 | Emailed and called client re: Shellpoint Motion for Relief; Prepared Certification in Opposition to Motion for Relief from Co-Debtor Stay; emailed to client; filed and served | | | 1.1 | $214.50 |
| 09/21/23 | Reviewed Motion for Relief filed by Shellpoint | | | 0.1 | $19.50 |
| * | Reviewed Streamline Modification Offer from Shellpoint; mailed trial mod to client | | | 0.2 | $39.00 |
| 09/27/23 | Received telephone call from Garvey's office | | | 0.1 | $19.50 |
| 10/02/23 | Emailed Mr. Garvey re: appointment to discuss matter | 0.1 | N/C | | |
| * | Reviewed and revised client's revisions to adversary complaint | 0.3 | $135.00 | | |
| 10/05/23 | Emailed client re: Revised Adversary Complaint; revised Adversary Complaint | | | 0.2 | $39.00 |
| 10/06/23 | Prepared and filed Adversary Summons and Complaint | | | 0.4 | $78.00 |
| 10/12/23 | Reviewed Notice of Pretrial Conference | | | 0.1 | N/C |
| * | Prepared and filed Certification of Service for Adversary Summons & Complaint | | | 0.3 | $58.50 |

*Todd S Cushner, Debtor; Chapter 13*

*Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24*

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| 10/24/23 | Emailed client re: Amended Schedule B & SOFA, signed declaration; filed same | | | 0.4 | $78.00 |
| 10/25/23 | Prepared Draft Settlement Agreement | 0.7 | $315.00 | | |
| 10/30/23 | Filed Pre-confirmation Certification | | | 0.1 | N/C |
| | * Prepared Modified Plan; Proposed Post Settlement Plan; Telephone call with client re: update on secured creditors | 0.7 | $315.00 | | |
| | * Worked up case for Confirmation; negotiated with Trustee | 0.3 | $135.00 | | |
| | * Prepared Pre-confirmation Certification, emails to and from client re: signing; filed to ECF | | | 0.6 | $117.00 |
| | * Reviewed Shellpoint Privacy Notice; mailed to client | | | 0.3 | $58.50 |
| 11/03/23 | Reviewed Plan objection from ECMC; negotiated confirmation | 0.5 | $225.00 | | |
| | * Reviewed Objection to Confirmation filed by ECMC - student loans | | | 0.1 | $19.50 |
| | * Reviewed and Revised Adversary Complaint - updated creditor | 0.2 | $90.00 | | |
| 11/08/23 | Telephone call w. Attorney from ECMC re: student loans; objection to Confirmatiom | 0.2 | $90.00 | | |
| 11/09/23 | Call from Lawrence Garvey's Office (Ashley) - scheduled telephone conference | | | 0.1 | N/C |
| | * Telephone call with Mr. Garvey re: Settlement Discussion | 0.3 | $135.00 | | |
| | * Discussion with secured creditor and confirmation payment | 0.3 | $135.00 | | |
| 11/13/23 | Reviewed Adversary Motion to Dismiss; emailed client re: Motion | | | 0.2 | $39.00 |
| 11/16/23 | Reviewed Motion to Dismiss filed by ECMC in Adversary Complaint | 0.4 | $180.00 | | |
| 11/17/23 | Telephone call with Mr. Garvey re: resolution | 0.2 | $90.00 | | |
| 11/20/23 | Reviewed Notice of Appearance filed by Shellpoint | | | 0.1 | N/C |
| 11/29/23 | Follow-Up Call (Lawrence Garvey); left voicemail | | | 0.1 | N/C |
| | * Emailed Chambers re: Order Resolving Motion to Reclassify and Garvey's Objection to Confirmation | | | 0.2 | N/C |

*Todd S Cushner, Debtor; Chapter 13*

*Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24*

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| * | Worked up Case for Confirmation | 0.7 | $315.00 | | |
| 11/30/23 | Negotiated with Secured Creditor re: Motion for Relief | 0.2 | $90.00 | | |
| 12/04/23 | Reviewed Order Resolving Motion to Reclassify | | | 0.1 | $19.50 |
| * | Emailed client re: Modified Plan | | | 0.2 | $39.00 |
| * | Conducted Legal Research; Drafted opposition to Motion to Dismiss | 1.2 | $540.00 | | |
| 12/06/23 | Filed and served Modified Plan | | | 0.3 | $58.50 |
| 12/07/23 | Filed and Served Motion to Dismiss in Adversary | | | 0.1 | $19.50 |
| 01/08/24 | Telephone call with client re: Creditor Motion for Relief; emailed client re: December trial payments | 0.3 | $135.00 | | |
| 01/09/24 | Emailed secured creditor's attorney re: Proof of Mortgage Payment | | | 0.2 | $39.00 |
| 01/10/24 | Reviewed Notice of Mortgage Payment Change | | | 0.1 | N/C |
| 01/15/24 | Reviewed Trustee's Annual Report | | | 0.1 | N/C |
| 01/16/24 | Received call from M&T Bank re past due payments; emailed client re: past due payments | | | 0.2 | $39.00 |
| * | Telephone call with Mr. Baum re: pre-trial conference attendance and proposed joint order | 0.2 | $90.00 | | |
| * | Email/Call to/from Chambers re: pre trial conference attendance and joint scheduling order | 0.2 | $90.00 | | |
| 01/18/24 | Reviewed Notice of Mortgage Payment Change for M & T | | | 0.1 | N/C |
| 01/23/24 | Reviewed Shellpoint Notice | | | 0.2 | N/C |
| * | Telephone call to Creditor's counsel re: negotiation on resolution for Motion to Dismiss; Updated Trustee re: status of adversary | 0.3 | $135.00 | | |
| 02/14/24 | Call to Shellpoint re Modification; emailed client re: trial modification | | | 0.6 | $117.00 |
| 02/15/24 | Reviewed Notice of M & T Mortgage Payment Change | | | 0.1 | N/C |
| * | Emailed Client Shellpoint Loan Payment History | | | 0.2 | $39.00 |

**Todd S Cushner, Debtor; Chapter 13**

**Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24**

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| 02/20/24 | Mailed Shellpoint Package | | | 0.2 | N/C |
| 02/27/24 | Emailed Client Shellpoint Application Complete Ltr. | | | 0.2 | $39.00 |
| 03/05/24 | Prepared Modified Plan | | | 0.2 | $39.00 |
| * | Prepared Request for Loss Mitigation | | | 0.4 | $78.00 |
| 03/06/24 | Emailed Client Modified Plan and Request for Loss Mitigation | | | 0.2 | $39.00 |
| * | Filed and Served Modified Plan | | | 0.4 | $78.00 |
| * | Filed and served Request for Loss Mitigation | | | 0.4 | $78.00 |
| 03/07/24 | Verified Student Loan Link from Adversary; emailed update to client | 0.3 | $135.00 | | |
| 03/11/24 | Served Notice of Loss Mitigation Hearing | | | 0.1 | $19.50 |
| 03/12/24 | Prepared Modified Plan | | | 0.2 | $39.00 |
| 03/15/24 | Reviewed Minute of Hearing (Motion to Dismiss Adversary) - OTBS | | | 0.1 | $19.50 |
| 03/19/24 | Prepared Order Resolving Adversary and Motion to Dismiss | | | 0.5 | $97.50 |
| 03/20/24 | Mailed Shellpoint Reply Letter to Client | | | 0.2 | N/C |
| 03/29/24 | Revised Proposed Order resolving and emailed to Mr. Baum | 0.4 | $180.00 | | |
| * | Prepared for Court Notice of Loss Mitigation Hearing - Uncontested - On the papers | 0.2 | $90.00 | | |
| 04/01/24 | Reviewed Minute of Hearing Held (Request for Loan Modification to be decided on papers) | | | 0.1 | N/C |
| * | Reviewed Shellpoint's Denial Letter; emailed same to client | | | 0.3 | $58.50 |
| 04/02/24 | Reviewed Order re: Loss Mitigation | | | 0.1 | N/C |
| 04/03/24 | Emailed Creditor's Counsel re: Post-petition Roll-in; Prepared Notice of Error; Emailed Client re: Notice of Error and 3rd Party Authorization | | | 1.1 | $214.50 |
| 04/04/24 | Revised Modified plan | 0.3 | $135.00 | | |

**Todd S Cushner, Debtor; Chapter 13**

**Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24**

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| * | Reviewed Notice of Error | 0.2 | $90.00 | | |
| * | Reviewed Client Email re: Signed Shellpoint 3rd Party Authorization | | | 0.2 | $39.00 |
| 04/05/24 | Emailed Client re: Modified Plan | | | 0.2 | $39.00 |
| * | Mailed Signed Notice of Error | | | 0.2 | N/C |
| 04/09/24 | Worked up Case for Confirmation | 0.2 | $90.00 | | |
| 04/10/24 | Compiled all agreements with respect to Claims and prepared updated plan calculator | 0.5 | $225.00 | | |
| * | Telephone call with client re: modified plan and post petition history; Negotiated resolution of Motion for Relief ** Marked OTBS | 0.4 | $180.00 | | |
| 04/15/24 | Reviewed Order Denying Confirmation; Emailed Client Modified Plan | | | 0.3 | $58.50 |
| 04/16/24 | Mailed Mortgage Statement to Client | | | 0.2 | N/C |
| * | Reviewed Shellpoint Notice of Error re: Acknowledgment Letter | | | 0.1 | $19.50 |
| 04/19/24 | Filed Modified Plan; notice as required | | | 0.2 | $39.00 |
| 04/22/24 | Reviewed Client Proof of Post-Petition Mortgage Payments | | | 0.7 | $136.50 |
| 04/26/24 | Prepared debtor's proof of accounting for mortgage payments | | | 1.5 | $292.50 |
| 04/29/24 | Worked up Case for Confirmation | 0.4 | $180.00 | | |
| * | Mailed Shellpoint Inquiry Response | | | 0.1 | N/C |
| 04/30/24 | Reviewed file; prepared fee application | 1.0 | $450.00 | | |
| | **Totals** | **21.6** | ***$9,405.00*** | **38.3** | ***$6,084.00*** |

**Total Fees**                                                                $15,489.00

**Total Disbursements**                                                $845.38

*Todd S Cushner, Debtor; Chapter 13*

*Case No. #23-10109/JKS; Filed: 1/5/23; Confirmed: 5/25/24*

| Date | Description | Atty Time | Atty Fee | Admin Time | Admin Fee |
|---|---|---|---|---|---|
| | **Total Fees & Disbursements** | **$16,334.38** | | | |
| | **Less Previously Received** | **($3,500.00)** | | | |
| | **Total Owing** | **$12,834.38** | | | |

Jenee Ciccarelli, Esq. work billed @ $450/hr.

Admin work billed @ $195/hr.