| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR **9004-2(c)** |
| Jenèe K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>239 New Rd. Bld A, Suite 301<br>Parsippany, New Jersey 07054<br>Phone: 973-737-9060<br>Fax: 973-619-0023<br>jenee@bankruptcy-lawnj.com |

| | |
|---|---|
| In Re:<br><br>Todd S. Cushner<br><br><br>Debtor(s) | Case No.    23-10109-JKS,<br><br>Chapter:    13<br><br>Hearing Date:    June 13, 2024 @ 10:00 am<br><br>Judge: Hon. JKS |

**ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES**
**(Period 1/2/23 thru 4/30/24)**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

Page:   2
Debtors: Todd S Cushner
Case No. 23-10109-JKS,
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees
_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

 **IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli, Esq., is allowed of fee of $15,489.00 for additional services and $845.38 for disbursements for a total balance due of $16,334.38 less previously received $3,500, leaving a balance due of $12.834.38. The allowance will be payable:


\_\_\_\_\_X\_\_\_\_         through the Chapter 13 plan as an administrative priority .

_____         outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be determined at Confirmation Hearing; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason  other than conversion, Marie-Ann Greenberg, Esq.,  Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.