**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@bankruptcy-lawnj.com

Order Filed on June 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Todd S. Cushner

                Debtor(s)

Case No.      23-10109-JKS,

Chapter:      13

Hearing Date:   June 13, 2024 @ 10:00 am

Judge: Hon. JKS

**ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES**
**(Period 1/2/23 thru 4/30/24)**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 21, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:   2
Debtors: Todd S Cushner
Case No. 23-10109-JKS,
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

 **IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli, Esq., is allowed of fee of $15,489.00 for additional services

and $845.38 for disbursements for a total balance due of $16,334.38 less previously received

$3,500, leaving a balance due of $12.834.38. The allowance will be payable:


_____X_____        through the Chapter 13 plan as an administrative priority .

_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be determined at Confirmation Hearing; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason  other than conversion,

Marie-Ann Greenberg, Esq.,  Chapter 13 Trustee, shall pay this amount to the Movant before releasing any

monies to the Debtor.