JENEE K. CICCARELLI
CICCARELLI LAW, PC
239 NEW ROAD
BUILDING A, SUITE 301
PARSIPPANY, NJ  07054

Re:  TODD S CUSHNER
    67 FRIEND TERRACE
    HARRINGTON PARK, NJ  07640

Atty:  JENEE K. CICCARELLI
    CICCARELLI LAW, PC
    239 NEW ROAD
    BUILDING A, SUITE 301
    PARSIPPANY, NJ  07054

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 23-10109

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $114,561.60**

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/03/2023 | $672.00 | | 03/06/2023 | $672.00 | |
| 04/03/2023 | $672.00 | | 05/04/2023 | $672.00 | |
| 06/06/2023 | $672.00 | | 07/05/2023 | $672.00 | |
| 08/03/2023 | $1,250.00 | | 09/11/2023 | $1,250.00 | |
| 10/04/2023 | $1,250.00 | | 11/03/2023 | $1,250.00 | |
| 12/04/2023 | $1,250.00 | | 01/04/2024 | $1,250.00 | |
| 02/05/2024 | $1,250.00 | | 03/05/2024 | $1,250.00 | |
| 04/03/2024 | $1,250.00 | | 05/06/2024 | $1,250.00 | |
| 06/04/2024 | $1,250.00 | | 07/05/2024 | $1,250.00 | |
| 08/05/2024 | $1,250.00 | | 09/04/2024 | $1,250.00 | |
| 10/04/2024 | $1,250.00 | | 11/04/2024 | $1,250.00 | |
| 12/05/2024 | $1,250.00 | | | | |

**Total Receipts: $25,282.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $25,282.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LAWRENCE A. GARVEY | 11/18/2024 | $6,985.83 | 936,532 | | 12/16/2024 | $950.07 | 937,918 |
| LAWRENCE GARVEY | 10/21/2024 | $947.07 | 935,069 | | 11/07/2024 | ($947.07) | 935,069 |
| M&T BANK | 10/21/2024 | $17.77 | 935,093 | | 11/18/2024 | $128.96 | 936,548 |
| | 12/16/2024 | $17.54 | 937,940 | | | | |

Page 1 of 2

**Chapter 13 Case # 23-10109**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEWREZ LLC | | | | | | |
| | 06/17/2024 | $688.00 | 928,684 | 10/21/2024 | $9.13 | 934,428 |
| | 10/21/2024 | $201.03 | 934,428 | 11/18/2024 | $66.22 | 935,920 |
| | 11/18/2024 | $1,458.76 | 935,920 | 12/16/2024 | $9.01 | 937,300 |
| | 12/16/2024 | $198.39 | 937,300 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 06/17/2024 | $2,955.20 | 8,004,168 | 07/15/2024 | $1,187.50 | 8,004,209 |
| | 08/19/2024 | $1,187.50 | 8,004,249 | 09/16/2024 | $1,187.50 | 8,004,290 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,791.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 12,834.38 | 100.00% | 12,834.38 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ECMC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AT&T MOBILE C/O SEQUIUM ASSET | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,327.33 | * | 0.00 | |
| 0004 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,060.55 | * | 0.00 | |
| 0007 | BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,583.25 | * | 0.00 | |
| 0009 | DR. HOCH, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | DUTCH HILL FAMILY DENTAL | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | JOSEPH LEVINE, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | LAWRENCE A. GARVEY | SECURED | 58,285.47 | 100.00% | 8,885.97 | |
| 0013 | M&T BANK | (NEW) Prepetition A | 1,093.75 | 100.00% | 181.81 | |
| 0014 | MG RMC MAIN, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | PAYPAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 4,622.84 | * | 0.00 | |
| 0019 | JPMORGAN CHASE BANK NA | UNSECURED | 1,688.83 | * | 0.00 | |
| 0020 | NEWREZ LLC | (NEW) Prepetition A | 561.62 | 100.00% | 93.37 | |
| 0021 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | M&T BANK | UNSECURED | 2,413.79 | * | 0.00 | |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 89.82 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 11,923.00 | 100.00% | 0.00 | |
| 0025 | NEWREZ LLC | ADMINISTRATIVE | 688.00 | 100.00% | 688.00 | |
| 0026 | NEWREZ LLC | (NEW) MTG Agree | 12,372.01 | 100.00% | 2,056.57 | |

**Total Paid: $26,532.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $25,282.00   -   Paid to Claims: $11,905.72   -   Admin Costs Paid: $14,626.28   =   Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.