JENEE K. CICCARELLI
LAW OFFICES OF WENARSKY &
GOLDSTEIN, LLC
410 ROUTE 10 WEST, STE. 214
LEDGEWOOD, NJ  07852

Re:   TODD S CUSHNER
67 FRIEND TERRACE
HARRINGTON PARK,  NJ  07640

Atty:   JENEE K. CICCARELLI
LAW OFFICES OF WENARSKY &
GOLDSTEIN, LLC
410 ROUTE 10 WEST, STE. 214
LEDGEWOOD, NJ  07852

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 23-10109

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $114,561.60**

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 02/03/2023 | $672.00 | | 03/06/2023 | $672.00 | |
| 04/03/2023 | $672.00 | | 05/04/2023 | $672.00 | |
| 06/06/2023 | $672.00 | | 07/05/2023 | $672.00 | |
| 08/03/2023 | $1,250.00 | | 09/11/2023 | $1,250.00 | |
| 10/04/2023 | $1,250.00 | | 11/03/2023 | $1,250.00 | |
| 12/04/2023 | $1,250.00 | | 01/04/2024 | $1,250.00 | |
| 02/05/2024 | $1,250.00 | | 03/05/2024 | $1,250.00 | |
| 04/03/2024 | $1,250.00 | | 05/06/2024 | $1,250.00 | |
| 06/04/2024 | $1,250.00 | | 07/05/2024 | $1,250.00 | |
| 08/05/2024 | $1,250.00 | | 09/04/2024 | $1,250.00 | |
| 10/04/2024 | $1,250.00 | | 11/04/2024 | $1,250.00 | |
| 12/05/2024 | $1,250.00 | | 01/06/2025 | $1,250.00 | |
| 02/03/2025 | $1,250.00 | | 03/06/2025 | $1,250.00 | |
| 04/03/2025 | $1,250.00 | | 05/05/2025 | $1,250.00 | |
| 06/03/2025 | $1,250.00 | | 07/07/2025 | $1,250.00 | |
| 08/04/2025 | $1,250.00 | | 09/04/2025 | $1,250.00 | |
| 10/06/2025 | $1,250.00 | | 11/03/2025 | $1,250.00 | |
| 12/05/2025 | $1,250.00 | | 01/06/2026 | $1,250.00 | |

**Total Receipts:  $41,532.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $41,532.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| LAWRENCE A. GARVEY | | | | | | | |
| | 11/18/2024 | $6,985.83 | 936,532 | | 12/16/2024 | $950.07 | 937,918 |
| | 01/13/2025 | $950.07 | 939,348 | | 02/10/2025 | $950.07 | 940,691 |
| | 03/17/2025 | $950.07 | 942,103 | | 04/14/2025 | $950.07 | 943,545 |

**Chapter 13 Case # 23-10109**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 05/12/2025 | $951.10 | 944,995 | | 06/16/2025 | $951.10 | 946,411 |
| | 07/14/2025 | $951.10 | 947,866 | | 08/18/2025 | $951.10 | 949,223 |
| | 09/16/2025 | $951.10 | 950,568 | | 10/20/2025 | $941.09 | 952,021 |
| | 11/17/2025 | $941.09 | 953,477 | | 12/15/2025 | $941.09 | 954,887 |
| | 01/12/2026 | $941.09 | 956,295 | | | | |
| LAWRENCE GARVEY | | | | | | | |
| | 10/21/2024 | $947.07 | 935,069 | | 11/07/2024 | ($947.07) | 935,069 |
| M&T BANK | | | | | | | |
| | 10/21/2024 | $17.77 | 935,093 | | 11/18/2024 | $128.96 | 936,548 |
| | 12/16/2024 | $17.54 | 937,940 | | 01/13/2025 | $17.54 | 939,367 |
| | 02/10/2025 | $17.54 | 940,713 | | 03/17/2025 | $17.54 | 942,129 |
| | 04/14/2025 | $17.54 | 943,567 | | 05/12/2025 | $17.56 | 945,022 |
| | 05/12/2025 | $11.22 | 945,022 | | 06/16/2025 | $11.22 | 946,435 |
| | 06/16/2025 | $17.56 | 946,435 | | 07/14/2025 | $17.56 | 947,892 |
| | 07/14/2025 | $11.22 | 947,892 | | 08/18/2025 | $11.22 | 949,247 |
| | 08/18/2025 | $17.56 | 949,247 | | 09/16/2025 | $17.56 | 950,591 |
| | 09/16/2025 | $11.22 | 950,591 | | 10/20/2025 | $11.10 | 952,047 |
| | 10/20/2025 | $17.37 | 952,047 | | 11/17/2025 | $17.37 | 953,499 |
| | 11/17/2025 | $11.10 | 953,499 | | 12/15/2025 | $11.10 | 954,908 |
| | 12/15/2025 | $17.37 | 954,908 | | 01/12/2026 | $17.37 | 956,316 |
| | 01/12/2026 | $11.10 | 956,316 | | | | |
| NEWREZ LLC | | | | | | | |
| | 06/17/2024 | $688.00 | 928,684 | | 10/21/2024 | $9.13 | 934,428 |
| | 10/21/2024 | $201.03 | 934,428 | | 11/18/2024 | $66.22 | 935,920 |
| | 11/18/2024 | $1,458.76 | 935,920 | | 12/16/2024 | $9.01 | 937,300 |
| | 12/16/2024 | $198.39 | 937,300 | | 01/13/2025 | $9.01 | 938,726 |
| | 01/13/2025 | $198.39 | 938,726 | | 02/10/2025 | $9.01 | 940,116 |
| | 02/10/2025 | $198.39 | 940,116 | | 03/17/2025 | $9.01 | 941,467 |
| | 03/17/2025 | $198.39 | 941,467 | | 03/17/2025 | ($9.01) | 941,467 |
| | 03/17/2025 | ($198.39) | 941,467 | | 03/17/2025 | $9.01 | 942,834 |
| | 03/17/2025 | $198.39 | 942,834 | | 04/14/2025 | $9.01 | 942,938 |
| | 04/14/2025 | $198.39 | 942,938 | | 05/12/2025 | $9.02 | 944,364 |
| | 05/12/2025 | $198.61 | 944,364 | | 06/16/2025 | $9.01 | 945,764 |
| | 06/16/2025 | $198.61 | 945,764 | | 07/14/2025 | $9.02 | 947,223 |
| | 07/14/2025 | $198.61 | 947,223 | | 08/18/2025 | $9.01 | 948,655 |
| | 08/18/2025 | $198.61 | 948,655 | | 09/16/2025 | $9.02 | 949,920 |
| | 09/16/2025 | $198.61 | 949,920 | | 10/20/2025 | $8.92 | 951,345 |
| | 10/20/2025 | $196.52 | 951,345 | | 11/17/2025 | $8.92 | 952,824 |
| | 11/17/2025 | $196.52 | 952,824 | | 12/15/2025 | $8.92 | 954,224 |
| | 12/15/2025 | $196.52 | 954,224 | | 01/12/2026 | $8.92 | 955,665 |
| | 01/12/2026 | $196.52 | 955,665 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 06/17/2024 | $2,955.20 | 8,004,168 | | 07/15/2024 | $1,187.50 | 8,004,209 |
| | 08/19/2024 | $1,187.50 | 8,004,249 | | 09/16/2024 | $1,187.50 | 8,004,290 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,629.34 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 12,834.38 | 100.00% | 12,834.38 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ECMC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AT&T MOBILE C/O SEQUIUM ASSET | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,327.33 | * | 0.00 | |
| 0004 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,060.55 | * | 0.00 | |
| 0007 | BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,583.25 | * | 0.00 | |

**Chapter 13 Case # 23-10109**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0009 | DR. HOCH, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | DUTCH HILL FAMILY DENTAL | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | JOSEPH LEVINE, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | LAWRENCE A. GARVEY | SECURED | 58,285.47 | 100.00% | 20,256.04 | |
| 0013 | M&T BANK | (NEW) Prepetition A | 1,093.75 | 100.00% | 391.71 | |
| 0014 | MG RMC MAIN, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | PAYPAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 4,622.84 | * | 0.00 | |
| 0019 | JPMORGAN CHASE BANK NA | UNSECURED | 1,688.83 | * | 0.00 | |
| 0020 | NEWREZ LLC | (NEW) Prepetition A | 561.62 | 100.00% | 201.16 | |
| 0021 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | M&T BANK | UNSECURED | 2,413.79 | * | 0.00 | |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 89.82 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 11,923.00 | 100.00% | 0.00 | |
| 0025 | NEWREZ LLC | ADMINISTRATIVE | 688.00 | 100.00% | 688.00 | |
| 0026 | NEWREZ LLC | (NEW) MTG Agree | 12,372.01 | 100.00% | 4,430.87 | |
| 0027 | M&T BANK | (NEW) MTG Agree | 549.00 | 100.00% | 100.50 | |

**Total Paid:  $41,532.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $41,532.00          -     Paid to Claims: $26,068.28     -     Admin Costs Paid: $15,463.72  =     Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.