Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10109−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Todd S Cushner
    67 Friend Terrace
    Harrington Park, NJ 07640

Social Security No.:
    xxx−xx−9658

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/11/26 at 10:00 AM

to consider and act upon the following:

**95** − Creditor's Certification of Default (related document:75 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NewRez LLC. Objection deadline is 05/26/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**96** − Certification in Opposition to (related document:95 Creditor's Certification of Default (related document:75 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NewRez LLC. Objection deadline is 05/26/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NewRez LLC) filed by Jenee K. Ciccarelli on behalf of Todd S Cushner. (Attachments: # 1 Certificate of Service) (Ciccarelli, Jenee)

Dated: 5/20/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court