Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10109−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Todd S Cushner
    67 Friend Terrace
    Harrington Park, NJ 07640

Social Security No.:
    xxx−xx−9658

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/11/26 at 10:00 AM

to consider and act upon the following:

*95* − Creditor's Certification of Default (related document:75 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NewRez LLC. Objection deadline is 05/26/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*96* − Certification in Opposition to (related document:95 Creditor's Certification of Default (related document:75 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NewRez LLC. Objection deadline is 05/26/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NewRez LLC) filed by Jenee K. Ciccarelli on behalf of Todd S Cushner. (Attachments: # 1 Certificate of Service) (Ciccarelli, Jenee)

Dated: 5/20/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:

Todd S Cushner

    Debtor

Case No. 23-10109-JKS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Todd S Cushner, 67 Friend Terrace, Harrington Park, NJ 07640-1235

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:

**Name**      **Email Address**

Cory Francis Woerner
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwoerner@raslg.com

Denise E. Carlon
     on behalf of Creditor NewRez LLC denise.carlon@mccalla.com  mccallaecf@ecf.courtdrive.com

Jenee K. Ciccarelli
     on behalf of Debtor Todd S Cushner jenee@wg-attorneys.com
LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com

Jenee K. Ciccarelli
     on behalf of Plaintiff Todd S Cushner jenee@wg-attorneys.com
LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com

Kenneth L. Baum
     on behalf of Creditor Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com

District/off: 0312-2                           User: admin                                    Page 2 of 2
Date Rcvd: May 20, 2026                        Form ID: ntchrgbk                              Total Noticed: 1

                                  ddipiazza@kenbaumdebtsolutions.com

Laura M. Egerman
                                  on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING laura.egerman@mccalla.com
                                  mccallaecf@ecf.courtdrive.com

Lawrence Garvey
                                  on behalf of Creditor Lawrence A Garvey lgarvey@laglawfirm.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Matthew K. Fissel
                                  on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Sindi Mncina
                                  on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11

Case 23-10109-JKS    Doc 98    Filed 05/22/26    Entered 05/23/26 00:17:59    Desc Imaged
Certificate of Notice    Page 3 of 3

District/off: 0312-2                           User: admin                                    Page 2 of 2
Date Rcvd: May 20, 2026                        Form ID: ntchrgbk                              Total Noticed: 1

                                  ddipiazza@kenbaumdebtsolutions.com

Laura M. Egerman
                                  on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING laura.egerman@mccalla.com
                                  mccallaecf@ecf.courtdrive.com

Lawrence Garvey
                                    on behalf of Creditor Lawrence A Garvey lgarvey@laglawfirm.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com