| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>TODD S CUSHNER | **Case No.:  23-10109**<br><br>**Adv. No.:**<br><br>**Hearing Date:  08/13/2026**<br><br>**Judge:  JKS** |

**CERTIFICATION OF SERVICE**

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/15/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
TODD S CUSHNER
67 FRIEND TERRACE
HARRINGTON PARK, NJ  07640
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JENEE K. CICCARELLI
LAW OFFICES OF WENARSKY & GOLDSTEIN, LLC
410 ROUTE 10 WEST, STE. 214
LEDGEWOOD, NJ  07852
Mode of Service:  ECF and/or Regular Mail

Dated:  July 15, 2026

By:   /S/  Keith Guarneri
Keith Guarneri