Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10109−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Todd S Cushner
    67 Friend Terrace
    Harrington Park, NJ 07640

Social Security No.:
    xxx−xx−9658

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       8/13/26
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jenee K. Ciccarelli, Debtor's Attorney

COMMISSION OR FEES
$3,622.50

EXPENSES
$7.97

If this is a chapter 13 case, the fees and expenses awarded:

☑      will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 23, 2026
JAN:

Jeanne Naughton
Clerk

Case 23-10109-JKS   Doc 103   Filed 07/25/26   Entered 07/26/26 00:12:49   Desc
Imaged Certificate of Notice   Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:

Todd S Cushner

    Debtor

Case No. 23-10109-JKS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 3

Date Rcvd: Jul 23, 2026        Form ID: 137        Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Todd S Cushner, 67 Friend Terrace, Harrington Park, NJ 07640-1235 |
| aty | + | Denise E. Carlon, McCalla Raymer Leibert Pierce, PC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 519818953 | + | AES as agent for American Student Assistance, PO Box 16129, St Paul, MN 55116-0129 |
| 519805914 | + | AES/US Bank Elt Lhea, Attn: Bankruptcy Dept., PO Box 2461, Harrisburg, PA 17105-2461 |
| 519805916 | | Amex, Correspondence/Bankruptcy PO Box 981540, El Paso, TX 79998 |
| 519805915 | | Amex, Correspondence/Bankruptcy PO Box 98150, El Paso, TX 79998 |
| 519805918 | + | Barbara Lehrman, Esq., 1 Chatsworth Avenue, Larchmont, NY 10538-7589 |
| 519805927 | + | Dr. Hoch, MD, PO Box 192, Port Washington, NY 11050-0192 |
| 519805928 | + | Dutch Hill Family Dental, 95 Dutch Hill Rd, Orangeburg, NY 10962-2196 |
| 519805929 | + | Joseph Levine, MD, PO Box 192, Port Washington, NY 11050-0192 |
| 519805930 | + | Lawrence Garvey, 2 Hillman Road, New City, NY 10956-4210 |
| 519838383 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 520526127 | + | M&T Bank, Att: Denise Carlon, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519805932 | + | MG RMC Main, LLC, c/o Ginsburg & Redmond, PC, 245 Saw Mill River Road, Hawthorne, NY 10532-1526 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2026 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2026 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: camanagement@mtb.com | Jul 23 2026 21:21:00 | M&T Bank, POB 62182, Baltimore, MD 21264 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 23 2026 21:21:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2026 21:26:43 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519805917 | + | Email/Text: bankruptcy@sequium.com | Jul 23 2026 21:21:00 | AT&T Mobile c/o Sequium Asset, 1130 Northchase Parkway, Marietta, GA 30067-6429 |
| 519832302 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2026 21:26:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519805924 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 23 2026 21:21:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519805925 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 23 2026 21:20:00 | Best Buy, PO Box 15521, Wilmington, DE 19850-5521 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 23, 2026 | Form ID: 137 | Total Noticed: 36

| 519805926 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 23 2026 21:48:22 | Citibank North America, Citibank SD MC 425, 5800 South Corp. Place, Sioux Falls, SD 57108 |
| 519907131 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 23 2026 21:21:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519915250 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Jul 23 2026 21:21:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 519861544 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 23 2026 21:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519821462 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 23 2026 21:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519805931 | | Email/Text: camanagement@mtb.com | | |
| | | | Jul 23 2026 21:21:00 | M&T Bank, PO Box 62146, Baltimore, MD 21264 |
| 519855105 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Jul 23 2026 21:21:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519863160 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 23 2026 21:26:38 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519863195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 23 2026 21:26:37 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519805933 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 23 2026 21:26:38 | Paypal, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 519805934 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 23 2026 21:26:37 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519806539 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 23 2026 21:26:33 | Synchrony Bank, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 519852034 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 23 2026 21:26:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519805919 | *+ | Barbara Lehrman, Esq., 1 Chatsworth Avenue, Larchmont, NY 10538-7589 |
| 519805920 | *+ | Barbara Lehrman, Esq., 1 Chatsworth Avenue, Larchmont, NY 10538-7589 |
| 519805921 | *+ | Barbara Lehrman, Esq., 1 Chatsworth Avenue, Larchmont, NY 10538-7589 |
| 519805922 | *+ | Barbara Lehrman, Esq., 1 Chatsworth Avenue, Larchmont, NY 10538-7589 |
| 519805923 | *+ | Barbara Lehrman, Esq., 1 Chatsworth Avenue, Larchmont, NY 10538-7589 |
| 519915251 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 519915252 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| cr | ##+ | Lawrence A Garvey, 317 S. Little Tor Road, New City, NY 10956-1431 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

District/off: 0312-2                          User: admin                                        Page 3 of 3

Date Rcvd: Jul 23, 2026                       Form ID: 137                                   Total Noticed: 36

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Cory Francis Woerner | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC denise.carlon@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Jenee K. Ciccarelli | on behalf of Plaintiff Todd S Cushner jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com |
| Jenee K. Ciccarelli | on behalf of Debtor Todd S Cushner jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com |
| Kenneth L. Baum | on behalf of Creditor Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| Laura M. Egerman | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Lawrence Garvey | on behalf of Creditor Lawrence A Garvey lgarvey@laglawfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11