**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on August 28, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

TODD S CUSHNER

**Case No.: 23-10109 JKS**

**Hearing Date: 8/27/2026**

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 28, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): TODD S CUSHNER

Case No.: 23-10109

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 08/27/2026 on notice to JENEE K. CICCARELLI, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $3,042.90 by 9/7/2026 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Motion will be adjourned to 9/10/2026 at 10:00 AM.