UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
jenee@wg-attorneys.com

Jenee K Ciccarelli (028182008)

**Order Filed on October 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Todd S. Cushner,

Debtor

Case No. 23-10109
Adv. No:
Chapter: 13
Hearing Date: 8/13/2026
Judge: John K. Sherwood

**ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE from March 6, 2025 to July 8, 2026**

The relief set forth on the following page is **ORDERED**

**DATED: October 2, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work performed for Chapter 13 services has been rendered (ECF No. ______), and no objections having been raised, it is:

**ORDERED** that Jenee K Ciccarelli, the applicant, is allowed a fee of $3,622.50 for services rendered and expenses in the amount of $7.97 for a total of $3,630.47. The allowance is payable:

☒ Through the Chapter 13 Plan as an administrative priority.

- ____ less retainer of ____ equals: ____.

  ☒ The Chapter 13 Plan payments will change.

  - Current Plan payments are: $3,042.90 for 24 months
    - Beginning 10/1/26, Plan payments will increase to $3,295.00 for 16 months.

  ☐ The Chapter 13 Plan payments will not change.

☐ Outside of the Chapter 13 Plan

**ORDERED** that should this case terminate due to Dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Ch 13 Standing Trustee, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

**ORDERED** that pursuant to the Confirmation Order dated May 28, 2024, any additional attorney fees will require an increase in plan payments.