UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
jenee@wg-attorneys.com

Jenee K Ciccarelli (028182008)

**Order Filed on October 2, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Todd S. Cushner,

Debtor

Case No. 23-10109
Adv. No:
Chapter: 13
Hearing Date: 8/13/2026
Judge: John K. Sherwood

**ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE from March 6, 2025 to July 8, 2026**

The relief set forth on the following page is **ORDERED**

**DATED: October 2, 2026**

**Honorable Mark E. Hall**
**United States Bankruptcy Judge**

The applicant having certified that legal work performed for Chapter 13 services has been rendered (ECF No. ______), and no objections having been raised, it is:

**ORDERED** that Jenee K Ciccarelli, the applicant, is allowed a fee of $3,622.50 for services rendered and expenses in the amount of $7.97 for a total of $3,630.47. The allowance is payable:

☒ Through the Chapter 13 Plan as an administrative priority.

- ____ less retainer of ____ equals: ____.

  ☒ The Chapter 13 Plan payments will change.

  - Current Plan payments are: $3,042.90 for 24 months

    - Beginning 10/1/26, Plan payments will increase to $3,295.00 for 16 months.

  ☐ The Chapter 13 Plan payments will not change.

☐ Outside of the Chapter 13 Plan

**ORDERED** that should this case terminate due to Dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Ch 13 Standing Trustee, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

**ORDERED** that pursuant to the Confirmation Order dated May 28, 2024, any additional attorney fees will require an increase in plan payments.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-10109-TBA
Todd S Cushner Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Oct 02, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd S Cushner, 67 Friend Terrace, Harrington Park, NJ 07640-1235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC denise.carlon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Jenee K. Ciccarelli | on behalf of Debtor Todd S Cushner jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com |
| Jenee K. Ciccarelli | on behalf of Plaintiff Todd S Cushner jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com |
| Kenneth L. Baum | |

| | |
|---|---|
| | on behalf of Creditor Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| Laura M. Egerman | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Lawrence Garvey | on behalf of Creditor Lawrence A Garvey lgarvey@laglawfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12